Form No. 3 (Pg. 1)

| B 104 (Rev. 2/92) | ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) **18-00177** |
|---|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| REM Technology Consulting Services, Inc., and Richard E. Malinowski, et al. | Phamy Xaypanya, et al. |

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED
JUL 24 2018
KATHLEEN A. FORD
CLERK OF COURT
WESTERN DISTRICT OF TENN.

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (if Known) |
|---|---|
| Joshua S. Bauchner, Esq. and Michael H. Ansell, Esq. Ansell Grimm & Aaron, P.C., 365 Rifle Camp Road, Woodland Park, NJ 07424, Phone. (732) 643-5290 Attorneys for Removing Action Plaintiffs | Phamy Xaypanya, in Pro Se 7141 Chena Bay Lane, Cordova, TN 38018, Phone. (901) 651-0413, Removing Action Defendant and Third-Party Plaintiff |

**PARTY** (Check one box only)  ☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Removal under Title 28 U.S.C. §§ 1446, 1452, and Fed. R. Bankr. P. 9027 of New Jersey State Court Case, Case ID No. MON-L-730-16 captioned REM Technology Consulting Services, Inc., and Malinowski, et al. v. Xaypanya, et al., in which, Plaintiffs alleged Defendants started a competitive company without knowledge, breach of contract, & financial claims of over $75,000.00 by same.

## NATURE OF SUIT
(Check the one most appropriate box only.)

☐ 454 To Recover Money or Property
☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
☐ 426 To determine the dischargeability of a debt 11 U.S.C. §523
☑ 459 To determine a claim or cause of action removed to a bankruptcy court
☐ 457 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 434 To obtain an injunction or other equitable relief
☐ 498 Other (specify)
☐ 424 To object or to revoke a discharge 11 U.S.C. §727
☐ 458 To subordinate any allowed claim or interest except where such subordination is provided in a plan

**ORIGIN OF PROCEEDINGS** (Check one box only.)
☐ 1 Original Proceeding  ☑ 2 Removed Proceeding  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another Bankruptcy Court  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND $ 9999.11 | OTHER RELIEF SOUGHT Text | ☑ JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR PHAMY XAYPANYA | BANKRUPTCY CASE NO. 18-22662-dsk |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING WESTERN DISTRICT OF TENNESSEE | DIVISIONAL OFFICE WESTERN DIVISION | NAME OF JUDGE Hon. David S. Kennedy |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)  ☐ FEE ATTACHED  ☐ FEE NOT REQUIRED  ☐ FEE IS DEFERRED

| DATE July 24, 2018 | PRINT NAME Phamy Xaypanya | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|